UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOAN HALLAM,<br><br>Plaintiff<br><br>v.<br><br>JAY-KAY CORP.<br>*doing business as*<br>LA-Z-BOY GALLERIES,<br><br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No: 1:05-cv-00335-ML |

## ENTRY OF APPEARANCE

Now comes the undersigned and hereby enters his appearance in this matter as counsel for the Defendant.

Joseph M. Co[illegible]ega #3612
Fitzhugh, Parker & Alvaro LLP
571 Pontiac Avenue
Cranston, RI 02910
Telephone: (401) 941-7778
Facsimile: (401) 941-3055
Dated: August 8, 2005

## CERTIFICATION

I certify that a true copy of the within was mailed by regular first class mail, postage prepaid, on the 8 August 2005, to:

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903