UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOAN HALLAM,

Plaintiff

v.

JAY-KAY CORP.
*doing business as*
LA-Z-BOY GALLERIES,

Defendant

Case No: 1:05-cv-00335-ML

**STIPULATION**

By agreement of the parties hereto, Defendant may have up to and including Monday, November 21, 2005, in which to answer or otherwise respond to Plaintiff's complaint in this matter.

PLAINTIFF
By her Attorney,

Stephen Fanning

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
Telephone: (401) 272-8250
Facsimile: (401) 272-4520
Dated: November 14, 2005

DEFENDANT,
By its Attorneys,

Joseph M. Codega #3612
Fitzhugh, Parker & Alvaro LLP
571 Pontiac Avenue
Cranston, RI 02910
Telephone: (401) 941-7778
Facsimile: (401) 941-3055
Dated: November 14, 2005

Enter:
Mary M. Lisi
USDJ 11/22/05