UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOAN HALLAM, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| | : | |
| v. | : | Case No: 1:05-cv-00335-ML |
| | : | |
| JAY-KAY CORP. | : | |
| *doing business as* | : | |
| LA-Z-BOY GALLERIES, | : | |
| | : | |
| Defendant | : | |

**DISMISSAL STIPULATION**

By agreement of the parties hereto, this matter is dismissed with prejudice, no interest and no costs to either party.

PLAINTIFF
By her Attorney,

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
Telephone: (401) 272-8250
Facsimile: (401) 272-4520
Dated: ~~March~~ April 17, 2006

DEFENDANT,
By its Attorneys,

Joseph M. Codega #3612
Fitzhugh, Parker & Alvaro LLP
37 Sockanosset Cross Road
Cranston, RI 02920
Telephone: (401) 941-3220
Facsimile: (401) 941-3055
Dated: ~~March~~ April 17, 2006

Enter:
Mary M. Lisi USDJ 4/25/06